IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINFRED M. JULY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 18-0024-TFM-B |
| TERMINIX INTERNATIONAL COMPANY, LIMITED PARTNERSHIP, | : | |
| | : | |
| Defendant. | | |

## ORDER

Pending before the Court is the Report and Recommendation filed by the Magistrate Judge. *See* Doc. 19, filed 11/6/18). After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. 8, filed 5/15/2018) is **DENIED as moot** without prejudice to any arguments asserted.

Additionally, the Court finds that the pleading entitled *Motion to Amendedment Complaint* [sic] (Doc. 20, filed 11/20/2018) complies with the magistrate judge's requirement from the Report and Recommendation that Plaintiff file an amended complaint, and therefore, the pleading is construed to be an amended complaint.[1]

**DONE** and **ORDERED** this 28th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes the *Defendant's Response in Opposition to Plaintiff's Motion to Amend Complaint* (Doc. 22, Filed on 12/5/18); however, since the motion has been construed to be the Plaintiff's amended complaint, the Defendant is directed to filed a response in compliance with the provisions of F.R.Civ.P. 15(a)(3) as opposed to an opposition to a motion. The timeline for Defendant's responsive pleading is triggered by the filing of this order.