IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINFRED M. JULY,                          )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )   CIV. ACT. NO. 1:18-cv-24-TFM-B
                                          )
SERVICE MASTER, d/b/ TERMINIX,            )
                                          )
        Defendant.                        )

## ORDER

On April 30, 2019, the Magistrate Judge entered a report and recommendation to which no objections have been filed. *See* Doc. 29. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss Amended Complaint (Doc. 24) is **GRANTED** and this case is **DISMISSED with prejudice**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 10th day of June 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE