IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINFRED M. JULY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIV. ACT. NO. 1:18-cv-24-TFM-B |
| SERVICE MASTER, d/b/a TERMINIX, | ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Service Master d/b/a Terminix and against Plaintiff Winfred M. July and this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 10th day of July 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE